# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS G. BROWN and ELLA H. BROWN | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-386-S-BK |
| RICHARD CROW, et al. | § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 33. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 9, 2021.

_____
**UNITED STATES DISTRICT JUDGE**